**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-2138

ANTHONY WONG,

       Plaintiff - Appellant,

   v.

HONORABLE CHRISTINE WORMUTH, Secretary, Department of the Army; DARRYL W. MCCOY, Director, US Army Garrision, Italy Fanance Office; MARK JACKSON, Director, US Army Garrision, Italy Fanance Office,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:23-cv-00485-RDA-LRV)

Submitted:  March 28, 2024                         Decided:  April 1, 2024

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Wong, Appellant Pro Se.  Hugham Chan, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Wong appeals the district court's order denying Wong's "Motion to Reopen Case" and "Request to Upload Settlement Agreement and Release to CM/ECF." We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Wong v. Wormuth*, No. 1:23-cv-00485-RDA-LRV (E.D. Va. filed Oct. 4, 2023 & entered Oct. 5, 2023). We deny Wong's motions to impose sanctions and for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2